IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Godfrey Jayson Reddick, <br><br> Plaintiff(s), <br><br> v. <br><br> Symphony Diagnostic Services No. 1, Inc., d/b/a Mobilexusa,LLC, American Diagnostics, Services, Inc., and Tridentusa Mobile Clinical Services, LLC, <br><br> Defendant(s). | Case No. 16 C 9959 <br><br> Judge Matthew F. Kennelly |

## ORDER

Parties' joint motion for final approval of settlement, service award and attorneys' fees and costs [56] it is hereby ordered that the motion is granted. [For Further Details See Separate Order]. Enter Order and Judgment. Civil Case Terminated.

Date: 7/11/2017                    /s/ Honorable Matthew F. Kennelly
                                   U.S. District Judge