IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GODFREY JAYSON REDDICK, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SYMPHONY DIAGNOSTIC SERVICES NO. 1, INC., d/b/a MOBILEXUSA, LLC, AMERICAN DIAGNOSTICS SERVICES, INC., and TRIDENTUSA MOBILE CLINICAL SERVICES, LLC<br><br>    Defendants. | Case No. 16-CV-9959 |

## ORDER AND JUDGMENT

UPON CONSIDERATION of the Parties' Joint Motion for Final Approval of Settlement, Service Award and Attorneys' Fees and Costs, it is hereby ORDERED that the Motion is GRANTED as follows:

(1) the Parties' proposed Settlement Agreement is approved, including the releases of claims, the payments to the opt-in Plaintiffs, the service award to the Named Plaintiff, the administration fees and cost, and payment of attorneys' fees and costs as set forth therein;

(2) the action is dismissed in its entirety without prejudice, which will automatically convert to a dismissal with prejudice after thirty (30) days if no Motion to Reinstate has been filed; and

(3) this Court retains jurisdiction until 31 days after the date this Order is entered to enforce the terms of the Settlement, including the release of claims, unless a Motion to Reinstate has been filed.

Date: July 11, 2017

                  _____
                  The Hon. Matthew F. Kennelly
                  United States District Judge